IN THE CIRCUIT/COUNTY COURT OF THE 20th

JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

0

Plaintiff

SHAW, WILLIAM S.

8841 College Pkwy. Suite 105 P.O. Box # 07182

Fort Myers Fl. 33919

22 – CA – 000142
Judge: Shenko, James R

VS.

RN. RODRIGUEZ, RENE.   CO. DEFENDANTS,   RN. DALE, RENEE D.
CNA KALI

Healthpark Hospital

9981 S. Healthpark Dr.

Fort Myers Fl. 33908

My complaint.

1. The following events occurred in lee county. The events occurred at Healthpark Hospital, located in Lee County. The defendants work at HEALTHPARK HOSPITAL, located in Lee County.

2. The events happened to me at Healthpark Hospital, which is located in Lee County. I reside in Lee county. The defendants work at Healthpark Hospital located in Lee County.

3. 42 U.S. CODE 132d -6. Rene Rodriguez without authorization, intentionally, with malice, and negligent actions illegally accesses my PHI. Rodriguez, steals my PHI and illegally disclouses my PHI.

IN THE CIRCUIT/COUNTY COURT OF THE 20th

JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

4. 5th Amendment violation. Everyone has the right to travel unimpeded. Rene Rodriguez repeatedly steps in to my path, and refused to allow me to exit the 7th floor or to leave the hospital. Rodriguez on multiple times violates my rights to travel again in the hospital foyer, lobby, illegally blocking me from exiting the hospital.

5. Fourth Amendment violation. After using language deemed offensive by Rene Rodriguez, she is enraged and out of retaliation, she calls security giving orders to stop me from leaving. I have not committed any crimes.

6. Assault and Battery. Florida Statute 784.011 Florida Statute 784.03, Assault and Battery on a venerable disabled senior. Rodriguez gives unlawful orders to security to stop me from leaving hospital. I was assaulted, battered and imprisoned by Rodriguez and security, per Rodriguez orders.

7. 4th amendment violation. Assault, Battery. Rene Rodriguez orders that I allow her to search me or I could not leave. She gives the orders to security not to allow me to leave unless I submit to search. Rene Rodriguez intentional inflicts with malice, mental and physical abuse causing permanent injuries.

8. 4th amendment violation, PHI violations, assault, Battery. Rodriguez repeatedly demands that I submit to a illegal medical procedure or I could not leave. She repeats this demand at least 20 times. I was not allowed to leave.

9. Florida Statute 787.02. Rene Rodriguez and 8 security guards circle me so tightly I could not move. This continues for 1 hour and 30 minutes.

10. Rodriguez is neglect in her duties as a nurse.

11. Rodriguez constantly puts my safety and life in danger.

12. Rodriguez Breaches her duty as a nurse.